# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Patrick Obah
(List the full name(s) of the plaintiff(s)/petitioner(s).)

1: cv 24 (72)(04)

-against-

Application for the Court to Request Pro Bono Counsel

Medrite Urgent Care
(List the full name(s) of the defendant(s)/respondent(s).)

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   [X] I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   [ ] I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   [ ] I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

The Honorable have ordered them to reach out to me for mediation and negotiation but they refuse and I am not able to pursue the case alone since they aren't complying. Judge asked them not to argue but they refuse and filed a motion to dismiss my case. Judge told them not to fill a motion to dismiss my case they went and did so.

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

   I have contacted Pro Se legal clinics to help me find a lawyer. Att they said that they dont have and is hard for them to get me a lawyer.

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: English is legal language for me.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

02/21/2025
Date

Signature

Obah Patrick
Name (Last, First, MI)

Prison Identification # (if incarcerated)

820 Saint Ann's Ave Apt 8H Bronx NY 10456
Address                              City              State    Zip Code

832 955 3820
Telephone Number

Obahpat@gmail.com
E-mail Address (if available)

On February 14, 2025, the Court referred this action to mediation. The parties have 14 days, until Friday, February 28, 2025, to file any objections to the Court's order. If there are no objections filed by this Friday, the Clerk of Court will attempt to locate *pro bono* counsel for Plaintiff. Counsel will contact Plaintiff directly and will represent Plaintiff only for the mediation. If mediation is unsuccessful, Plaintiff may renew his request for *pro bono* counsel. Accordingly, the application is denied without prejudice.

SO ORDERED.

Hon. Ronnie Abrams
February 25, 2025

2