UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK OBAH,

                Plaintiff,

-v-                                        No. 24-CV-7204 (RA)

MEDRITE URGENT CARE,                ORDER

                Defendant.

RONNIE ABRAMS, District Judge:

      Defendant filed a motion to dismiss on February 10, 2025. Pursuant to this Court's Special Rules & Practices in Civil *Pro Se* Cases, Plaintiff's opposition papers were to be submitted within four (4) weeks of Defendant's motion to dismiss. Plaintiff has not yet submitted papers in opposition to Defendant's motion. As Plaintiff is proceeding *pro se*, it is hereby:

      ORDERED that Plaintiff file his opposition, if any, to Defendant's motion to dismiss within thirty (30) days of the date of this Order. All papers must be sent to this Court's *Pro Se* Office, United States Courthouse, 500 Pearl Street, Room 200, New York, New York 10007. If Plaintiff submits opposition papers, Defendant's reply is due within two weeks of the filing of the opposition papers.

      IT IS FURTHER ORDERED that if Plaintiff does not file an opposition within thirty (30) days, the motion to dismiss will be deemed unopposed.

SO ORDERED.

Dated:     March 18, 2025
              New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge