UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK OBAH,<br><br>                    Plaintiff,<br><br>          -against-<br><br>MEDRITE URGENT CARE,<br><br>                    Defendant. | 1:24-CV-7204 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      Having been advised that this case was settled in principle, the Court issued a 30-day order on June 25, 2025. The Court is now in receipt of Plaintiff's letter dated July 18, 2025, which states that he "didn't accept the outcome" of the mediation. Dkt. No. 37. No later than July 29, 2025, Plaintiff shall file a letter stating whether he is seeking to reopen this action. By August 1, 2025, Defendant shall submit a letter advising the Court of its position.

SO ORDERED.

Dated:   July 22, 2025
            New York, New York

                                                  Ronnie Abrams
                                       United States District Judge